### FRANK BORNHEIM v. STATE.

No. A-656. Opinion Filed September 19, 1911.

Appeal from Pittsburg County Court; R. W. Higgins, Judge.

Frank Bornheim was convicted of violating the prohibitory law, and appeals. Affirmed.

Andrews & Day, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Plaintiff in error was convicted on the 21st day of January, 1910, on a charge of selling intoxicating liquor and his punishment fixed at a fine of $150 and imprisonment in the county jail for 30 days. A careful examination of the record discloses no error prejudicial to the right of the plaintiff in error. The judgment of the lower court is therefore affirmed.

---

### DAVE RAY v. STATE.

No. A-652. Opinion Filed September 19, 1911.

Appeal from Jackson County Court; W. J. McConnell, Judge.

Dave Ray was convicted of violating the prohibitory law, and appeals. Affirmed.

Johnson, Merrill & Reigal, for plaintiff in error.

Chas. West, Atty. Gen., E. G. Spilman, Asst. Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was tried and convicted in the county court of Jackson county on a charge of having unlawful possession of intoxicating liquor with intent to séll the same, and on the 15th day of November, 1909, was sentenced to pay a fine of five hundred dollars and be confined in the county jail for a period of six months. We have carefully examined the record and briefs of both parties in this cause, and find no error sufficient to entile the plaintiff in error to a new trial. The judgment of the lower court is therefore affirmd.